

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.                                            CRIMINAL NO. 4:07cr167

CHIN PHIPPS,

        Defendant.

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to a one-count criminal information is now **ACCEPTED** and the defendant is **ADJUDGED GUILTY** of such offense. Sentencing is hereby scheduled for June 5, 2008, at 10:00 a.m.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO **ORDERED**.

                                              /s/
                                    Rebecca Beach Smith
                                    United States District Judge

                                    Rebecca Beach Smith
                                    UNITED STATES DISTRICT JUDGE

Norfolk Virginia

March 12, 2008